# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

    Plaintiff,

v.                              CASE NUMBER:4:06CR739 ERW

MICHAEL EUGENE AKERS

    Defendant.

The Court was advised that the defendant, Michael Eugene Akers, is deceased,

**IT IS HEREBY ORDERED AND ADJUDGED** that the indictment against Michael Eugene Akers is DISMISSED.

DATE

7/31/07

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE